YATES, Respondent, v. YATES, Appellant. (Supreme Court, Appellate Division, Fourth De-

partment. November 17, 1909.) Action by Russell P. Yates against Frances Yates.

PER CURIAM. Motion to dismiss appeal denied, without costs. The appeal may be argued in this court on the papers already printed, upon appellant's presenting to the court typewritten copy of the case and exceptions, the judgment roll, and the order granting temporary alimony. Appeal to be argued on third Friday of present term of court.